[No. 18748-5-II.     Division Two.   May 10, 1996.]

*In the Matter of the Marriage of* SANDRA M. BLACK, *Respondent*, and CHARLES V. BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-3-00098-8, Christine A. Pomeroy, J., entered September 27, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Turner, JJ.

[No. 18826-1-II.     Division Two.   May 10, 1996.]

ALVIN L. BYERS, *Appellant*, v. DAVID M. BLACK, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-00462-2, Randolph Furman, J., entered October 7, 1994. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18945-3-II.     Division Two.   May 10, 1996.]

ANNE R. JACOBI, *Appellant*, v. FIRST WESTERN DEVELOPMENT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-02736-8, James D. Roper, J., entered December 2, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Morgan, JJ.

[No. 34863-9-I.     Division One.   May 13, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY J. QUIMBY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00195-1, Larry E. McKeeman, J., entered June 28, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, C.J., concurred in by Becker and Webster, JJ.